IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Leonard M. Rieco | : | |
| | : | No. 21-10367-AMC |
| Debtor | : | |

### MOTION TO DETERMINE VALUATION OF SECURED DEBT OF CREDITOR VALLEY NATIONAL BANK

Debtor, by his attorney Brad J. Sadek, makes the following Motion to Determine Valuation of Secured Debt held by Valley National Bank and in support hereof states the following:

1. Debtor filed the above Chapter 13 Petition for Relief on February 15, 2021.

2. The Debtor financed a 2016 Ford Focus from Valley National Bank on December 23, 2016.

3. The value of Debtor's 2016 Ford Focus at time of filing of this case was approximately $3,290.00. See Exhibit "A".

4. Creditor, Valley National Bank filed secured Proof of Claim on April 22, 2021 (Claim No. 10-1) in the amount of $12,630.90 with a fixed interest rate of 5.15%. The Proof of Claim does not explicitly state the vehicle's current value. See Exhibit "B."

5. The debtor's vehicle was purchased well over 910 days prior to the date of filing and can be considered for a "cram down" at the vehicle's current value of $3,290.00 under 11 USC § 506(A)(2).

WHEREFORE, Debtor, by Attorney Brad J. Sadek, respectfully requests this Honorable Court enter an Order to Determining the Valuation of the Secured Debt at $3,290.00 at 5.25% and for such further relief as necessary.

/s/ Brad J. Sadek
Attorney for Debtor
Sadek & Cooper
1315 Walnut Street Suite 502
Philadelphia, PA 19107
215-545-0008

Dated: 5/4/21