**Describe Your Household**