**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Leonard M. Rieco,<br><br>*Debtor*. | Case No. 21-10367-amc<br>Chapter 13 |

# Exhibit A

Fill in this information to identify the case:

Debtor 1  Leonard M Rieco

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of Pennsylvania

Case number  21-10367-amc



APR 22 2021

Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:  Identify the Claim

**1. Who is the current creditor?**

VALLEY NATIONAL BANK
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? ____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

VALLEY NATIONAL BANK
Name
PO BOX 953
Number    Street
WAYNE         NJ      07474
City          State   ZIP Code

Contact phone  800-522-4100

Contact email ____

Where should payments to the creditor be sent? (if different)

VALLEY NATIONAL BANK
Name
PO BOX 953
Number    Street
WAYNE         NJ      07474
City          State   ZIP Code

Contact phone  800-522-4100

Contact email ____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

____ ____ ____ ____ — ____ ____ ____ ____ — ____ ____ ____ ____ — ____ ____ ____ ____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on ____/____/____
                                                                        MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ____

Official Form 410                           Proof of Claim                           page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 0 0 5 4

**7. How much is the claim?** $ 12,630.90   Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Money Loaned

**9. Is all or part of the claim secured?**
☐ No
☑ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☑ Motor vehicle
☐ Other. Describe: 2016 Ford Focus    1FADP3F23GL350051

Basis for perfection: State of Pennsylvania ELT filing
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $
Amount of the claim that is secured: $ 12,630.90
Amount of the claim that is unsecured: $ 0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ 120.00

Annual Interest Rate (when case was filed) 5.15 %
☑ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property:

Official Form 410                 Proof of Claim                 page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | Amount entitled to priority |
|---|---|---|
| | ☐ Yes. Check one: | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/01/2021
                  MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Jaennine | M | Gonzalez |
|---|---|---|---|
| | First name | Middle name | Last name |

Title: First Vice President

Company: VALLEY NATIONAL BANK
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: PO BOX 953
Number    Street
WAYNE                              NJ          07470
City                               State       ZIP Code

Contact phone  800-522-4100        Email

## SIMPLE FINANCE CHARGE

Dealer Number _____   Contract Number _____

**DEAL # 19323**

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| CATHERINE RIECO<br>3247 GUILDFORD STREET<br>PHILADELPHIA PA 19136 | LEONARD M RIECO JR<br>9 SANFORD ROAD<br>PENNSVILLE NJ 08070<br>SALEM | WINNER DOVER LLC<br>591 S. DUPONT HWY<br>DOVER, DE 19901  MM |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2016 | FORD FOCUS | 1FADP3F236L350051 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural  ☐ _____ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $0.00 |
|---|---|---|---|---|
| 5.15 % | $ 5121.00 | $ 26170.68 | $ 31291.68 | $ 31291.68 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 84 | 372.52 | Monthly beginning 02/06/2017 |
| N/A | N/A | N/A |

Or As Follows: _____

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __15__ or __5__ % of the part of the payment that is late, whichever is __less__.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED**

1. Cash Price ........................................................ $ 16985.00 (1)
2. Total Downpayment =
   Trade 2010 NISSAN SENTRA
   (Year) (Make) (Model)
   Gross Trade-In Allowance $ 2000.00
   Less Pay Off Made By Seller $ 6977.23
   Equals Net Trade In $ -4977.23
   + Cash $ 500.00
   + Other _____ $ N/A
   (If total downpayment is negative, enter "0" and see 4H below)   $ 0.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) ........ 16985.00 (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A Cost of Optional Credit Insurance Paid to
     Insurance Company or Companies
     Life ........................... $ N/A
     Disability .................... $ N/A
   B Other Optional Insurance Paid to Insurance Company or Companies $ N/A
   C Optional Gap Contract $ N/A
   D Official Fees Paid to Government Agencies $ 800.00
     N/A for N/A $ N/A
     N/A to N/A $ N/A
     N/A to N/A $ N/A
   E Government Taxes Not Included in Cash Price $ N/A
   F Government License and/or Registration Fees 1188.95
     REG LIEN TEMP TAG
   G Government Certificate of Title Fees $ 260.50
   H Other Charges (Seller must identify who is paid and 60.00
     describe purpose)
     Financial Servic  for Prior Credit or Lease Balance $ 4477.23
     WINNER DOVER LL  ADMIN FEE  $ 399.00
     PDS INC  SERV CONTRACT  $ 2000.00
     N/A to  N/A  $ N/A
     N/A to  N/A  $ N/A
     N/A to  N/A  $ N/A
     N/A to  N/A  $ N/A
     N/A to  N/A  $ N/A

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
**Optional Credit Insurance**
☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
Premium:
Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name N/A
N/A
N/A Office Address N/A

N/A life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐
N/A Type of Insurance  N/A Term
Premium $ _____
Insurance Company N/A
N/A
Home Office Address N/A
N/A

N/A
N/A Type of Insurance  N/A Term
Premium $ _____
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above.

X _____
Buyer Signature           Date

X _____
Co-Buyer Signature        Date

**THIS CONTRACT DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**Returned Payment Charge:**
You agree to pay a charge of $40 if any check you give us is dishonored or electronic payment you make is returned unpaid.

| | | | |
|---|---|---|---|
| N/A | N/A | | |
| N/A | N/A | | |
| E Government Taxes Not Included in Cash Price | | $ | N/A |
| F Government License and/or Registration Fees | | $ | 1188.95 |
| REG LIEN    TEMP TAG | | | |
| G Government Certificate of Title Fees | | $ | 260.50 |
| H Other Charges (Seller must identify who is paid and describe purpose) | | | 60.00 |
| Financial Service | for Prior Credit or Lease Balance | $ | 4477.23 |
| WINNER DOVER LL | ADMIN FEE | $ | 399.00 |
| PDS, INC | SERV CONTRACT | $ | 2000.00 |
| N/A to | N/A | $ | N/A |
| N/A to | N/A | $ | N/A |
| N/A to | N/A | $ | N/A |
| N/A to | N/A | $ | N/A |
| N/A to | N/A | $ | N/A |
| N/A to | N/A | $ | N/A |
| N/A to | N/A | $ | N/A |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | $ | N/A |
| 5 Amount Financed (3 + 4) | | | 9185.68 (4) |
| | | | 26170.68 (5) |

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before _____, Year _____ SELLER'S INITIALS _____
N/A                                   N/A

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4C of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term   84   Mos.

PDS, INC   Name of Gap Contract

I want to buy a gap contract.
Buyer Signs *Catherine Rico*

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED: This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.  Buyer Signs X *Catherine Rico*   Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

NOTICE TO THE BUYER: 1. Do not sign this contract before you read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the contract you sign.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X *Catherine Rico*   Date 12-23-16   Co-Buyer Signs X _____   Date 12-23-16
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs _____
Seller Signs *Winner Dover LLC*   Date 12-23-16   By X _____   Title _____
Seller assigns its interest in this contract to VALLEY NATIONAL BANK
☐ Assigned with recourse   XX   ☐ Assigned without recourse   (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with limited recourse

WINNER DOVER LLC   By _____   Title OFFICE MGR

LAW FORM NO. 553-DE 10/15   U.S. PATENT NO. D460,782
©2015 The Reynolds and Reynolds Company

ORIGINAL LIENHOLDER

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Valley National Bank

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| Account Number | ▇▇▇▇0054 | Financed Date | 12/23/2016 |
| Loan Number | | Perfected Date | 11/7/2017 |
| Branch | 890 | Payoff Date | |
| Borrower 1 | RIECO, CATHERINE | Dealer ID | 1695 |
| Borrower 2 | Rieco Jr, Leonard M | Dealer | WINNER HYUNDAI FORD |
| Borrower Address | 3247 GUILDFORD STREET PHILADELPHIA, PA 19136 | Dealer Address | 591 S DUPONT HIGHWAY DOVER, DE 19901 |

### Lienholder

| | |
|---|---|
| ELT Lien ID | 02120138301 |
| Lienholder | Valley National Bank |
| Lienholder Address | PO Box 769 Wilmington, OH 45177 |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 1FADP3F23GL350051 | Issuance Date | 1/12/2018 |
| Title Number | 78471598 | Received Date | 1/12/2018 |
| Title State | PA | ELT/Paper | ELECTRONIC |
| Year | 2016 | Odometer Reading | 33495 |
| Make | FORD | Branding | |
| Model | FOC | | |
| Owner 1 | RIECO JR, LEONARD M | | |
| Owner 2 | | | |
| Owner Address | 407 EDGEWOOD AVE APT D HORSHAM, PA 19044 | | |

Printed: Tuesday, March 23, 2021 7:03:00 AM PST



March 25, 2021

US Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA  19105

                      Re:   **Leonard Ricco**
                      VNB Loan Acct: xxxxxx0054
                      Case # **21-10367-amc**
                      Chapter: **13**

Dear Sir/Madame:

Please at your earliest convenience, please send the " **date stamped**" copy of the **Proof of Claim Form B-410** marked **"Filed"** in the enclosed self addressed envelope showing that the Proof of Claim was filed with the US Bankruptcy court.

Thank you for your timely response in this matter. Any questions, feel free to contact me at **VALLEY NATIONAL BANK**. at the number listed below, ext 5630.

Yours truly,

**VALLEY NATIONAL BANK**
Jaemine M. Gonzalez
First Vice President

Enc.

P: 888-647-6470
F: 973-507-7921
P.O. Box 953
Wayne, NJ 07474-0953
valley.com

© 2020 Valley National Bank. Member FDIC. Equal Opportunity Lender. All Rights Reserved.