## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Leonard M. Rieco,<br><br>                      *Debtor.* | Case No. 21-10367-amc<br>Chapter 13 |

# Exhibit C

# Claim Detail



Case  2110367    Debtor1  LEONARD M RIECO    Trustee  WEST, KENNETH E. (PHILADELPHIA, PA)

## CLAIM DETAIL

| | |
|---|---|
| Claim Number | 10 |
| Claim Description | DEBT SECURED BY VEHICLE |
| Claim Type Code | |
| Class Type Description | SECURED |
| Class Type Code | S |
| Level | 24 |
| Comment | 010 |
| Collateral Description | |
| Account Number | 0054 |
| Reference Number | 117203 |
| UCI | |
| Claim Start Payment Date | |
| Court Claim Number | 10 |
| Percent Paid | 66.3100 |
| Claim Status Description | |
| Claim Filed Date | 04/22/2021 |

## CLAIM AMOUNTS

| | |
|---|---|
| Claim Amount | $14,353.79 |
| Scheduled Amount | $0.00 |
| Monthly Payment | $0.00 |
| Collateral Value Amount | $0.00 |
| Principal Paid | $9,517.63 |
| Paid Direct | $3,589.05 |
| Principal Due Amount | $0.00 |
| Interest Rate % | 0.0000 |
| Interest Paid | $0.00 |
| Interest Due Amount | $0.00 |
| Trustee Percent | 0.0000 |
| Last Payment Amount | 299.39 |
| Last Payment Date | 10/16/2024 |

## CREDITOR INFORMATION

| | |
|---|---|
| Creditor Name | VALLEY NATIONAL BANK |
| Mailing Address | 1720 RT 23 NORTH |
| | WAYNE, NJ 07470 |
| Contact Name | |
| Phone Number | |
| Creditor Number | 224862 |

## FLAGS

| | |
|---|---|
| No Check Indicator | |
| Stop Disburse Indicator | |
| Continuing Indicator | |
| Reserve Indicator | |

### PAYMENT HISTORY  |  CLAIM HISTORY

| DATE | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | PAYMENT AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 10/16/2024 | 4009822 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $299.39 | $9,517.63 |
| 09/11/2024 | 4008937 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $296.10 | $9,218.24 |
| 08/14/2024 | 4008080 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $296.10 | $8,922.14 |
| 07/17/2024 | 4007206 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $296.10 | $8,626.04 |
| 06/14/2024 | 4006273 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $592.20 | $8,329.94 |
| 05/13/2024 | 4005325 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $296.10 | $7,737.74 |

| DATE | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | PAYMENT AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 03/12/2024 | 4003515 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $296.10 | $7,441.64 |
| 02/12/2024 | 4002583 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $592.20 | $7,145.54 |
| 12/21/2023 | 4000623 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $592.20 | $6,553.34 |
| 11/09/2023 | 3031818 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $296.10 | $5,961.14 |
| 09/18/2023 | 3029838 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $302.68 | $5,665.04 |
| 08/15/2023 | 3028662 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $302.68 | $5,362.36 |
| 07/13/2023 | 3027512 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $302.68 | $5,059.68 |
| 06/13/2023 | 3026385 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $605.36 | $4,757.00 |
| 05/09/2023 | 3025188 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $302.68 | $4,151.64 |
| 03/09/2023 | 3022695 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $605.36 | $3,848.96 |
| 02/08/2023 | 3021424 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $302.68 | $3,243.60 |
| 12/13/2022 | 3019009 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $302.68 | $2,940.92 |
| 11/15/2022 | 3017779 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $605.36 | $2,638.24 |
| 10/11/2022 | 3016478 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $302.68 | $2,032.88 |
| 09/08/2022 | 3015259 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $302.68 | $1,730.20 |
| 08/16/2022 | 3014151 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $302.68 | $1,427.52 |
| 07/12/2022 | 3012834 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $302.68 | $1,124.84 |
| 06/09/2022 | 3011541 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $302.68 | $822.16 |
| 05/11/2022 | 3010277 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $302.68 | $519.48 |
| 04/12/2022 | 3008945 | VALLEY NATIONAL BANK | DISBURSEMENT TO CREDITOR/PRINCIPAL | $216.80 | $216.80 |