**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Leonard M. Rieco,<br><br>                      *Debtor*. | Case No. 21-10367-amc<br>Chapter 13 |

**Order Sustaining Objection to Claim No. 10 of Valley National Bank**

And now, after consideration of the Claim No. 10 of Valley National Bank ("the Creditor") filed by Debtor Leonard M. Rieco, and after notice and hearing, the Court finds that:

A. The objection and notice of hearing were properly served on the Creditor.

B. The Creditor's sale of the 2016 Ford Focus, VIN 1FADP3F23GL350051, was conducted in a commercially unreasonable manner, failing to meet the requirements set forth under Delaware law, 6 Del. C. § 9-610, which governs the disposition of collateral.

C. The Creditor's commercially unreasonable sale constitutes a material breach of the agreement that forms the basis of Claim No. 10.

D. The chapter 13 Trustee had paid a total of $6,553.34 to the Creditor as of the date the Creditor filed its amended claim.

For those reasons, it is hereby **ORDERED** that:

1. The Objection is **SUSTAINED**.

2. Claim No. 10 is **DISALLOWED** in its entirety, except for the amount of $6,553.34 already disbursed to the Creditor as of the date the amended claim was filed.

3. All funds disbursed by the Trustee to the Creditor in excess of $6,553.34 must be refunded by the Creditor to the Trustee within fourteen days after the entry of this Order.

Date:

                                                                                            Ashely M. Chan
                                                                                            Chief U.S. Bankruptcy Judge