# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Leonard M. Rieco,<br><br>*Debtor*. | Case No. 21-10367-amc<br>Chapter 13 |

### Order Denying Objection to Claim No. 10 of Valley National Bank

And now, after consideration of the Claim No. 10 of Valley National Bank ("the Creditor") filed by Debtor Leonard M. Rieco, and after notice and hearing, the Court finds that:

The Objection is DENIED for reasons stated on the record.

Date: Dec. 11, 2024

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge